UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ECUADOR KAKAO PROCESSING PROECUAKAO S.A.,<br><br>      Petitioner,<br><br>      v.<br><br>NUTRIART S.E.C.,<br><br>      Respondent. | Civil Action No. 25-cv-9931 |

**DECLARATION OF NICHOLAS M. RENZLER REGARDING SERVICE**

I, Nicholas M. Renzler, hereby declare as follows:

1. I am an attorney at Foley Hoag LLP and counsel for Petitioner Ecuador Kakao Processing Proecuakao S.A. in the above referenced matter.

2. Pursuant to the Court's December 2, 2025 Order, on December 2, 2025 at 4:38 pm EST, I served Respondent's counsel, Leah Kelman and Eliad Shapiro of Herrick Feinstein LLP., by email with the following documents: the Court's December 2, 2025 Order, a copy of the papers on which it is based (ECF Nos. 2, 7-9), the summons (ECF No. 14), and the Petition (ECF No. 1).

3. Mr. Shapiro consented to service by email of the above-referenced documents.

4. On December 2, 2025 at 5:41 pm, Ms. Kelman confirmed receipt of the email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in New York, New York on December 3, 2025.

/s/ Nicholas M. Renzler
Nicholas M. Renzler